UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUTHER ARTHUR HORN, III,
    Petitioner,

v.                                         Case No.: 3:17cv100/MCR/EMT

FLORIDA DEPARTMENT OF CORRECTIONS
SECRETARY
    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated May 15, 2018 (ECF No. 27). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of the timely filed objections, *see* ECF No. 28.

Having considered the Report and Recommendation, and the objections, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (ECF No. 24) is **GRANTED**.

3. Petitioner's § 2254 petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to exhaust state court remedies.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 6th day of June 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**